**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Michael Roger YATES, Defendant—
Appellant.**

**No. 07–30410.**

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 13, 2008.*

Filed Nov. 24, 2008.

Helen J. Brunner, Esquire, Office of the U.S. Attorney, Seattle, WA, Gregory Gruber, Esquire, Office of the U.S. Attorney, Tacoma, WA, for Plaintiff–Appellee.

Miriam F. Schwartz, Esquire, Assistant Federal Public Defender, Federal Public Defender's Office, Tacoma, WA, for Defendant–Appellant.

Before: WALLACE, LEAVY, and THOMAS, Circuit Judges.

MEMORANDUM **

Michael Roger Yates appeals from the 204–month sentence imposed following his guilty-plea conviction for armed bank robbery, in violation of 18 U.S.C. § 2113(a),

(d), and brandishing a firearm in furtherance of a violent offense, in violation of 18 U.S.C. § 924(c)(1)(A). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Yates contends that the district court procedurally erred by failing to consider the factors listed in 18 U.S.C. § 3553(a) and by failing to adequately explain the sentence imposed. We conclude that the district court did not procedurally err. *See United States v. Carty,* 520 F.3d 984, 995–96 (9th Cir.2008) (en banc).

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

